**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff,***

**v.**

**TIMOTHY BARTON,**
**CARNEGIE DEVELOPMENT, LLC,**
**WALL007, LLC,**
**WALL009, LLC,**
**WALL010, LLC,**
**WALL011, LLC,**
**WALL012, LLC,**
**WALL016, LLC,**
**WALL017, LLC,**
**WALL018, LLC,**
**WALL019, LLC,**
**HAOQIANG FU (A/K/A MICHAEL FU),**
**STEPHEN T. WALL,**

***Defendants,***

**DJD LAND PARTNERS, LLC, and**
**LDG001, LLC,**

***Relief Defendants.***

**MISC. NO.**

______________________________

**NOTICE OF APPOINTMENT OF RECEIVER**

Pursuant to the provisions of 28 U.S.C. § 754, Cortney C. Thomas provides notice of his appointment as Temporary Receiver for the following entities and their assets:

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;
- Defendant WALL016, LLC;
- Defendant WALL017, LLC;

- Defendant WALL018, LLC;
- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- Other entity: BM318 LLC;
- Other entity: D4DS LLC;
- Other entity: D4FR LLC;
- Other entity: D4KL LLC;
- Other entity: Enoch Investments LLC;
- Other entity: FHC Acquisition LLC;
- Other entity: Goldmark Hospitality LLC;
- Other entity: JMJ Acquisitions LLC;
- Other entity: JMJ Development LLC;
- Other entity: JMJAV LLC;
- Other entity: JMR100 LLC;
- Other entity: Lajolla Construction Management LLC;
- Other entity: Mansions Apartment Homes at Marine Creek LLC;
- Other entity: MO 2999TC, LLC;
- Other entity: Orchard Farms Village LLC;
- Other entity: Villita Towers LLC;
- Other entity: 126 Villita LLC; and
- All other entities controlled directly or indirectly by Timothy Barton.

True and correct copies of the *Complaint* filed by the Securities Exchange Commission and the *Order Appointing Receiver* are attached as **Exhibit A** and **Exhibit B**, respectively.

Respectfully submitted,

**RECEIVER**

By: */s/ Cortney C. Thomas*

Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001